# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ANTONIO SAUNDERS,

        Petitioner

      v.

P.A. DEVON WOOLFOLK, DR. SCOTT PRINCE, JANE DOE NURSE, SUPT. KEVIN RANSOM, INMATE GRIEVANCE KYLE FAGAN, NOVARTIS PHARMACEUTICAL COMPANY, JOHN DOE'S AND JANE DOE'S, JOHN DOE,

        Respondents

:  No. 495 MAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.